AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| DEANDRE YOUNG | ) Case No. 22-mj-6002-AOV |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2022__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

S/A Ryan Dreibelbis, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by: FACETIME

Date:

*Judge's signature*

HON. Alicia O. Valle
*Printed name and title*

City and state: Fort Lauderdale, FL

## AFFIDAVIT

I, Ryan Dreibelbis, being duly sworn, do depose and say:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2017. I am currently assigned to the Miami Field Office South Florida Violent Crimes Task Force, which targets individuals involved in violent crime. As part of my duties, I investigate violent crimes including bank robberies and Hobbs Act robberies.

2. This affidavit is submitted in support of a criminal complaint charging defendant **DEANDRE YOUNG ("YOUNG")**, with Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint against YOUNG for the above-described criminal violation.

### PROBABLE CAUSE

4. On or about January 6, 2022 at approximately 11:40 AM, as photographed by video surveillance cameras, YOUNG wearing dark pants, dark boots, a ball cap, a neon yellow or green colored construction style vest, a mask, sunglasses, and a yellow-colored chain, entered the TD Bank located at 490 N State Road 7 in Margate, Florida.



YOUNG presented the below demand note to a teller:



In fear for their safety and the safety of others in the bank, the teller provided YOUNG with approximately $6,300 in United States Currency as well as a GPS tracking device hidden in the currency. YOUNG then fled the bank.

2

5. When YOUNG departed the bank, the GPS tracking device was automatically triggered and provided its location to law enforcement. Based off the location information, law enforcement identified that YOUNG was driving a red Ford Mustang. Law enforcement began a pursuit of the Mustang. YOUNG eventually stopped the Mustang a residence located at 1260 Kasim Street in Opa Locka, FL, and went into the residence. The chase was televised by a news station helicopter, and it appeared YOUNG was holding cash in his hand. Police arrived shortly after, entered the residence, and took YOUNG into custody.

6. While in custody awaiting transport, YOUNG spontaneously uttered that his daughter had two months to live because of a serious heart condition and needed surgery.

7. GPS data from the tracking device was consistent with the trip taken by YOUNG in the Mustang and stopped at 1260 Kasim Street.

8. The resident of the Kasim Street address provided written consent to search the residence. Law enforcement located approximately $6,098 in cash as well as the GPS tracking device.

9. At the time of his arrest, YOUNG was wearing boots, pants, and two gold chains, as pictured below, consistent with the boots and pants and chain worn during the robbery.

 

Inside the Mustang in plain view was a neon yellow or green colored garment consistent with the vest worn by YOUNG during the robbery.

10. Based on my training and experience and supported by the foregoing facts, I respectfully submit that probable cause exists to believe that DEANDRE YOUNG did knowingly,

by means of intimidation, did take from the persons of TD Bank, a federally insured bank, property, and money, belonging to and in the care, custody, control, management, and possession of TD Bank, located at 490 N State Road 7, Margate, Florida, in violation of Title 18, United States Code, Section 2113(a).

Respectfully submitted,

SPECIAL AGENT RYAN DREIBELBIS
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
FaceTime
(specify reliable electronic means).

Date: 1/7/2022

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-MJ-6002-VALLE

### BOND RECOMMENDATION

DEFENDANT: Deandre Young

Pre-Trial Detention is recommended

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Joseph A Cooley*
AUSA:   Joseph A. Cooley

Last Known Address: _____

What Facility:   Broward County Jail

Agent(s):   FBI S/A Ryan Dreibelbis
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)